NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE JOSEPH GIUFFRIDA

---

2012-1692
(Serial No. 11/432,583)

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

## ON MOTION

---

## O R D E R

Joseph Giuffrida moves to waive oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to waive oral argument is deferred for consideration by the merits panel. Copies of the motion, any response, and this order shall be transmitted to the merits panel.

IN RE JOSEPH GIUFFRIDA                                              2

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk


s21